No. 03–8640. THANH PHUONG NGUYEN v. PHILLIPS ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–8641. ALLEY v. BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–8643. WEAVER v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–8646. PARKS v. CITY OF CHATTANOOGA, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–8651. WILSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–8652. TAYLOR v. JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–8665. WILLIAMS v. OHIO. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 03–8687. TILLER v. GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 03–8694. FITTEN v. CHATTANOOGA-HAMILTON COUNTY HOSPITAL AUTHORITY. C. A. 6th Cir. Certiorari denied.

No. 03–8756. JONES v. UNIVERSITY OF CENTRAL FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 03–8795. JACKSON v. FRANK, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 03–8800. KRAY v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 03–8825. VORAVONGSA v. WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied.